UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA BAZZELL,<br><br>                Plaintiff,<br><br>   v.<br><br>FINANCIAL RECOVERY SERVICES, INC.,<br><br>                Defendant. | NO: 2:16-CV-0099-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Joint Motion to Dismiss with Prejudice (ECF No. 7). The parties indicate that they have reached settlement and stipulate that this matter should be **DISMISSED with prejudice** each party to bear its own costs and attorneys' fees. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS ORDERED:**

1. This matter is **DISMISSED with prejudice** each party to bear its own costs and attorney's fees.

2. The District Court Executive shall enter this order, provide copies to counsel, and **CLOSE** the file.

Dated July 28, 2016.



　　　　　　　　　　　THOMAS O. RICE
　　　　　　　　Chief United States District Judge

ORDER OF DISMISSAL ~ 2